ACCEPTED
03-15-00371-CV
7090839
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/24/2015 4:45:26 PM
JEFFREY D. KYLE
CLERK

# COURT OF APPEALS
# THIRD DISTRICT OF TEXAS
# AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/24/2015 4:45:26 PM
JEFFREY D. KYLE
Clerk

## NO. 03-15-00371-CV

## CITY OF DALLAS,

Appellant,

vs.

## SABINE RIVER AUTHORITY OF TEXAS,

Appellee.

## APPELLANT'S SECOND MOTION FOR EXTENSION
## OF TIME TO FILE APPELLANT'S BRIEF

Comes now Appellant City of Dallas, and pursuant to Tex. R. App. P. 10.5(b) and 38.6(d), moves for an extension of time to file its Appellant's Brief, and in support thereof would respectfully show the Court as follows:

1.      Appellant's Brief is currently due to be filed in this case on October 2, 2015.

2.      The undersigned lead counsel for Appellant has not been able to prepare the Brief of Appellant due to being occupied with various other trial,

appellate and other legal matters, as well as out-of-town travel. The appellate briefs mentioned in Paragraph 2 of Appellant's First, Unopposed, Motion for Extension of Time in the El Paso Court of Appeals and in the Texas Supreme Court have been completed, but the undersigned has still not had an adequate opportunity to prepare the Brief in this case. The Supreme Court recently denied a petition for review and cross-petition for review in a case which the undersigned was lead counsel for the respondent/cross-petitioner, and motions for rehearing in that case are due on Monday, September 28. Moreover, the undersigned has received notices of oral argument in the El Paso Court of Appeals on October 8 both in a case in which he is lead counsel for the appellant, and in a separate case in which he is lead counsel for one of the appellees. He has been preparing a pre-submission brief in one of those cases, as well as preparing for oral argument. Additionally, the undersigned has received notice of the granting of a petition for review by the Texas Supreme Court in a case in which he is lead counsel for the respondent, and notice of oral argument scheduled for Monday, November 2. The undersigned will need to devote a substantial amount of time and attention between now and November 2 to preparing for oral argument in that case, as well as the preparation of a pre-submission, sur-reply brief and

2

motion for leave to file same.

3.     The undersigned's work commitments in the cases mentioned above, as well as other work commitments, have prevented, and will prevent, him from filing the Appellant's Brief in this case when currently due on October 2, 2015. In view of these and other work commitments over the next several weeks, Appellant respectfully requests a 49-day extension of time in which to file its Brief, to and including Friday, November 20, 2015.

4.     This is the second request for an extension of time to file Appellant's Brief.

5.     This extension of time is sought not for purpose of delay only, but so that justice may be done and so that a well-researched and concisely-written Brief may be filed with the Court for the benefit of the parties and the Court. Appellant will make every effort not to seek any further extensions beyond the November 20, 2015 date requested herein.

## CERTIFICATE OF CONFERENCE

6.     Pursuant to Tex. R. App. P. 10.1(a)(5), the undersigned attorney of record for Appellant certifies that he has conferred with the attorney of record for Appellee, Jose de la Fuente, via e-mail regarding this Motion, and he has

3

responded on behalf of Appellee that they are not opposed to an extension of time to and including October 23, 2015, but are opposed to an extension of time of any greater duration.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Honorable Court grant an extension of time of 49 days from and after October 2, 2015, in which to Appellant's Brief in this matter, to and including Friday, November 20, 2015; and, in the alternative, requests an extension of time in the maximum amount allowable by the Court under the circumstances, up to 49 days.

Respectfully submitted,

S. Anthony Safi
State Bar No. 17516800

MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN
A Professional Corporation
P. O. Box 1977
El Paso, Texas    79999-1977
(915) 532-2000
Fax No. (915) 541-1548


By:    /s/ S. Anthony Safi
        S. Anthony Safi

Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2015, I electronically filed the foregoing Second Motion for Extension of Time with the Clerk of the Court using the e-filing system service provider, which will serve a copy of same on the following counsel of record:    Jose E. de la Fuente, Lloyd Gosselink Rochelle & Townsend, P.C., 816 Congress Avenue, Suite 1900, Austin Texas 78701 (jdelafuente@lglawfirm.com).

_____/s/ S. Anthony Safi_____
S. Anthony Safi

1224706/SAS/13175-122